SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@socaleag.com

Attorneys for Plaintiff
YURI DOERING

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

YURI DOERING,

        Plaintiff,

  vs.

SALVADOR CHAVEZ D/B/A SPLIFF CITY; RAYMOND CZAPKA, AS TRUSTEE OF THE GHASABYAN TRUST; and DOES 1 to 10,

        Defendants.

**Case No.: 2:25-cv-05291-SPG (MARx)**

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**

      **PLEASE TAKE NOTICE** that YURI DOERING ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

     (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

          (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment.  Accordingly, this matter may be dismissed without an Order of the Court.

DATED:  October 20, 2025                    **SO. CAL. EQUAL ACCESS GROUP**


                              By:     /s/   *Jason J. Kim*
                                     Jason J. Kim, Esq.
                                     Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**